**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-386-JCM (GWF) |
| LEONARDO DELIS, JR., | ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On January 25, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant LEONARDO DELIS, JR., to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant LEONARDO DELIS, JR. pled guilty. Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 58; Plea Memorandum, ECF No. 59; Preliminary Order of Forfeiture, ECF No. 60.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 1, 2011 through March 2, 2011, notifying all potentioal third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 61.

. . .

. . .

1          On June 29, 2012, the United States Marshals Service personally served Mark Constantino with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 67.

          On July 19, 2012, Mark Constantino filed a Claim with the court. On July 19, 2012, the Petition, Stipulation for Return of Property and Order was filed with the court. On July 25, 2012, the Order Granting the Petition, Stipulation for Return of Property was entered. Claim, ECF No. 69; Proposed Petition, Stipulation for Return of Property and Order, ECF No. 68; Order, ECF No. 70.

          This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

          This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

     a.   a Hi-Point, model C9, 9mm pistol, serial number P1279119;
     b.   a Sig Sauer, model P220 ST, .45 caliber pistol, serial number G351001; and
     c.   any and all ammunition.

          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED August 15, 2012.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Heidi L. Skillin, certify that the following individuals were served with copies of the **FINAL ORDER OF FORFEITURE** on August 8, 2012 by the below identified method of service:

CM/ECF:

Richard F. Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Richard_Boulware@fd.org
*Counsel for Leonardo Delis, Jr.*

                                                   /s/HeidiLSkillin
                                                 HEIDI L. SKILLIN
                                                 Forfeiture Support Associates Data Analyst